```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

NANCY WHITAKER,                )
                               )
        Plaintiff              )
                               )        No. 3:11-0522
v.                             )        Judge Nixon/Brown
                               )        **Jury Demand**
LEON E. PANETTA,               )
SECRETARY OF DEFENSE,[1]       )
                               )
        Defendant              )

## O R D E R

A telephone conference was held with the parties in this matter at their request on March 27, 2014. The parties have run into difficulties in scheduling the three remaining depositions in this case. Unfortunately, the parties waited too long to get the Magistrate Judge involved in resolution and essentially wasted a month bickering about the matter. As the Magistrate Judge previously pointed out in Docket Entries 43 and 45, this case was filed in June 2011, and is almost three years old. While some of the delay cannot be attributed to either party, it still remains that the case needs to be completed.

Accordingly, the deposition of Ms. Rice will be taken on April 8, 2014; the deposition of Ms. Davis will be taken on April 14, 2014; and the deposition of the Plaintiff will be taken on April 23, 2014. All depositions, absent agreement of the parties to a different time, will start at 9:00 a.m. local time.

---

[1] The current Secretary of Defense is The Honorable Chuck Hagel.

The deadlines for dispositive motions and the trial date will remain as previously set (Docket Entry 43).

It is so **ORDERED**.

<pre>
                              /s/ Joe B. Brown
                              JOE B. BROWN
                              United States Magistrate Judge
</pre>